1  **ATTORNEY DEBT RESET, INC.**
   JEREMY G. WINTER, SBN 245631
2  1300 Ethan Way, Ste. 125
   Sacramento, CA 95825
3  Telephone: 916-446-1791
   Facsimile: 916-446-1742
4
   Attorneys for Plaintiff(s)
5  JAMES AUSTIN LANDSAW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JAMES AUSTIN LANDSAW, | Case No. 2:11-cv-02015-MCE -CKD |
|---|---|
| Plaintiff(s), | |
| v. | **JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES AND FOR DISMISSAL WITH PREJUDICE; ORDER** |
| HUNT AND HENRIQUES, & CHASE BANK USA, N.A. (J.P, MORGAN CHASE BANK), | |
| Defendant(s). | Judge: Hon. Morrison C. England Jr. |

## NOTICE OF SETTLEMENT

Plaintiff JAMES AUSTIN LANDSAW, and Defendants HUNT AND HENRIQUES, & CHASE BANK USA, N.A. (J.P., MORGAN CHASE BANK) (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement of the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and dismiss this action with prejudice.

////

////

-1-

JOINT NOTICE OF SETTLEMENT/REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER

LANDSAW V. HUNT & HENRIQUES, ET AL  Case No. 2:11-cv-02015-MCE -CKD

**Respectfully Submitted,**

Dated:  December 13, 2011

By: /s/ Jeremy G. Winter

Jeremy G. Winter/**Attorney for**:

James Austin Landsaw/Plaintiff

Dated:  December 13, 2011

By: /s/ Tomio B. Narita

Tomio B. Narita/**Attorney for**:

Hunt & Henriques/Defendant

Dated:  December 13, 2011

By: /s/ Wendy C. Krog

Wendy C. Krog/**Attorney for**:

Chase Bank USA, N.A./Defendant

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 16, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

JOINT NOTICE OF SETTLEMENT/REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER

LANDSAW V. HUNT & HENRIQUES, ET AL  Case No. 2:11-cv-02015-MCE -CKD