**ATTORNEY DEBT RESET, INC.**
JEREMY G. WINTER, SBN 245631
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsimile: 916-446-1742

Attorneys for Plaintiff(s)
JAMES AUSTIN LANDSAW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES AUSTIN LANDSAW,<br><br>　　　　　　　　　　　Plaintiff(s),<br>v.<br><br>HUNT AND HENRIQUES, &<br>CHASE BANK USA, N.A. (J.P, MORGAN CHASE BANK),<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:11-cv-02015-MCE -CKD<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES AND FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Judge:  Hon. Morrison C. England Jr. |

## NOTICE OF SETTLEMENT

Plaintiff JAMES AUSTIN LANDSAW, and Defendants HUNT AND HENRIQUES, & CHASE BANK USA, N.A. (J.P., MORGAN CHASE BANK) (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement of the above-entitled matter.  The Parties hereby request that the Court vacate all pending due dates and hearings and dismiss this action with prejudice.

////

////

-1-

JOINT NOTICE OF SETTLEMENT/REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER

LANDSAW V. HUNT & HENRIQUES, ET AL  Case No. 2:11-cv-02015-MCE -CKD

**Respectfully Submitted,**

Dated:  December 13, 2011

By:/s/ Jeremy G. Winter

Jeremy G. Winter/**Attorney for**:

James Austin Landsaw/Plaintiff

Dated:  December 13, 2011

By:/s/ Tomio B. Narita

Tomio B. Narita/**Attorney for**:

Hunt & Henriques/Defendant

Dated:  December 13, 2011

By:/s/ Wendy C. Krog

Wendy C. Krog/**Attorney for**:

Chase Bank USA, N.A./Defendant

### ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 16, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE